Monday, June 5, 2017

No. 17–0199/AF. U.S. v. Ricky D. Chisum, Jr. CCA S32311. Appellant's motion to file a brief and volume 2 of the joint appendix under seal is granted.

No. 17–0285/AR. U.S. v. Gene N. Williams. CCA 20130582. Appellant's motion to amend matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982) is granted.

No. 17–0404/AF. U.S. v. Vashaun M. Blanks. CCA 38891. Appellant's second motion to extend time to file the supplement to the petition for grant of review is granted to June 19, 2017.

No. 17–0408/AR. U.S. v. Erik P. Jacobsen. CCA 20160786. Appellant's motion for a stay of trial proceedings is granted and trial proceedings are hereby stayed pending further order of the Court.

No. 17–0429/AF. U.S. v. Clarence Anderson III. CCA 39023. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted June 20, 2017.

No. 17–0434/AF. U.S. v. Edzel D. Mangahas. CCA 2016–10. Appellant's motion to extend time to file the supplement to the petition for grant of review is granted to June 22, 2017.